
| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:19cr160-04 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00211-JAD-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jaime Serrano, a/k/a Jimmy | NORTH DAKOTA | Bismarck |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Daniel M. Traynor | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/19/2022 — TO 12/18/2025 |

✓ FILED — ENTERED  
JULY 18 2025  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF NEVADA  
BY: AMM, DEPUTY

**OFFENSE**
Distribution of Methamphetamine, in violation of 21 U.S.C. 841(a)(1); 841(b)(1)(C); and 18 U.S.C. 2

**JUSTIFICATION/REASON FOR TRANSFER** *(e.g., prosocial ties, employment/education opportunities, violation of supervision)*
Mr. Serrano has ties to the District of Nevada and has no plans to return to the District of North Dakota.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  NORTH DAKOTA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Nevada _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 16, 2025                                   /s/ *[signature]*
_____                   _____
Date                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/21/2025                                      /s/ *[signature]*
_____                   _____
Effective Date                                  United States District Judge

1